
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-104-BLG-SPW-2 |
| Plaintiff, | ORDER |
| -vs- | |
| WILFREDO CHAVARRIA and AMANDA HOPE GREWATZ, | |
| Defendants. | |

Upon the Defendant Grewatz's Unopposed Motion to Continue Pretrial Motions Deadlines (Doc. 27), and for good cause appearing,

IT IS HEREBY ORDERED that the pretrial motions deadline in the above-captioned case is extended up to and including **December 2, 2019**. All other deadlines outlined in the Court's Order (Doc. 26) of October 15, 2019 remain the same.

DATED this 19th day of November 2019.

SUSAN P. WATTERS
United State District Judge

1