FILED

JAN 29 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILFREDO CHAVARRIA and<br>AMANDA HOPE GREWATZ,<br><br>Defendant. | CR 19-104-BLG-SPW<br><br>ORDER RESETTING<br>HEARING |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the suppression hearing set for February 7, 2020, is **VACATED.**

IT IS FURTHER ORDERED that the suppression hearing is reset for **February 21, 2020, at 1:00 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

DATED this 28th day of January, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1