IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILFREDO CHAVARRIA and<br>AMANDA HOPE GREWATZ,<br><br>Defendant. | CR 19-104-BLG-SPW<br><br>ORDER RESETTING<br>HEARING |

Upon the parties' Joint Motion to Continue Suppression Hearing (Doc. 44), and for good cause being shown,

IT IS HEREBY ORDERED that the suppression hearing set for March 27, 2020 at 1:00 p.m., is **VACATED.**

**IT IS FURTHER ORDERED** that the suppression hearing is reset for **Friday, April 10, 2020, at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that Defendants' trial date of March 30, 2020 is **VACATED** to be reset upon the Court's decision on the Defendants' Motions to Suppress (Doc. 31 and 33). The time from the motion's filing on January 13, 2020, to this Court's decision on the motion is excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D).

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of February, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE